ORIGINAL

Lynch, N
Part I

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
UNITED STATES OF AMERICA,               :

        Plaintiff,                     :

        - v -                           :      JUDGMENT

EARL JORDAN, ASSOCIATES,                :      06 Civ. 1971 (CLB)
CONSUMER DISCOUNTS CO. INC.
and AUROA LOAN SERVICES INC.,           :

        Defendants.                    :
------------------------------------------------------------x

      WHEREAS, the United States of America (the "United States") filed its Amended Complaint in this action on January 11, 2007;

      WHEREAS, on September 28, 2007, the parties hereto entered into a Stipulation and Order of Settlement and Dismissal resolving all of the claims alleged in the Government's Amended Complaint against Earl Jordan ("Jordan"), and filed such Stipulation and Order with the Clerk of the Court; and

      WHEREAS, on or about September 28, 2007, this Court signed the Stipulation and Order, and the Stipulation and Order was entered on the docket; it is hereby

      ORDERED, ADJUDGED AND DECREED that the United States have judgment against Jordan in the sum of forty-eight thousand dollars ($48,125.00), with interest accruing at the rate of 12 percent per annum, from September 28, 2008, and that the United States have execution therefor.

Dated: New York, New York
       Sept. 2    , 2009

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/8/09

So Ordered:

_____
UNITED STATES DISTRICT JUDGE

Part I